# ELECTRONIC RECORD

COA # 10-14-00204-CR                           OFFENSE: Aggravated Sexual Assault

STYLE: Ronald Gene Grizzle, Jr. v. The State of Texas                  COUNTY: Johnson

| | | |
|---|---|---|
| TRIAL COURT: | 249th District Court | |
| TRIAL COURT #: | F48507 | |
| TRIAL COURT JUDGE: | Hon. D. Wayne Bridewell | |
| DISPOSITION: | AFFIRMED | |

_____ MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

DATE:     January 15, 2015

JUSTICE: Scoggins          PC ____  S  YES
PUBLISH: _____          DNP: YES

CLK RECORD:   7/10/2014            SUPP CLK RECORD: _____
RPT RECORD:   8/29/2014            SUPP RPT RECORD: _____
STATE BR:     12/1/2014            SUPP BR: _____
APP BR:       10/28/2014           PRO SE BR: _____

## IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                     CCA # _____ 136-15 _____

-------------------

___PRO SE___ Petition                    Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
___REFUSED___                            JUDGE: _____
DATE: ___06/03/2015___                   SIGNED: _____  PC: _____
JUDGE: ___Per Curiam___                  PUBLISH: _____  DNP: _____

-------------------

_____ MOTION FOR REHEARING IN          MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____               _____ ON _____
JUDGE: _____                   JUDGE: _____